

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Gary Domel and Kim Domel,          * From the 33rd District
                                              Court of Burnet County,
                                              Trial Court No. 38102.

Vs. No. 11-12-00200-CV              * August 29, 2014

Gaylon Birdwell,                      * Memorandum Opinion by Willson, J.
                                              (Panel consists of: Wright, C.J.,
                                              Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Gary Domel and Kim Domel.